# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ciri Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | No. CIV 04-310 TUC JMR |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Jo Anne B. Barnhart, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

This case arises from a claim by Plaintiff for Social Security benefits filed on November 13, 1996. On April 27, 1999, the Honorable Norman R. Buls ("ALJ") determined that Plaintiff was not disabled as defined by the Social Security Act, and Plaintiff's request for review by the Appeals Council was denied. Plaintiff filed a complaint in U.S. District Court appealing the ALJ's decision on December 18, 2000.

U.S. Magistrate Judge James C. Carruth reviewed the record and recommended the case be remanded because substantial evidence did not support the ALJ's determination that Plaintiff could return to her past relevant work. On March 5, 2002, U.S. District Judge William D. Browning adopted the Magistrate Judge's recommendation and remanded the case to the Appeals Council which remanded the case to the original ALJ. Plaintiff requested another ALJ on the grounds that she would not receive a fair hearing form ALJ Buls, but her request was denied.

Plaintiff again appeared before ALJ Buls who again found Plaintiff was not disabled. The Appeals Council denied review, and Plaintiff initiated this action on June 16, 2004.

Pending before this Court are cross-motions for summary judgment. Plaintiff argues that the ALJ's decision is not supported by substantial evidence. Defendant contends that the ALJ's conclusion was reached upon the basis of substantial evidence and therefore, is conclusive upon this Court.

On September 21, 2005, after a thorough and well-documented analysis, Magistrate Judge Glenda E. Edmonds issued a Report and Recommendation (R & R) to this Court. Neither party filed an objection to the R & R. The Magistrate Judge recommended that Plaintiff's motion be granted and Defendant's motion be denied. In her analysis, she concluded that the ALJ's decision is not supported by substantial evidence because the ALJ improperly discounted the opinions of Plaintiff's treating physicians and rejected Plaintiff's subjective testimony of disability. The Magistrate Judge also determined that remand of the case would serve no useful purpose.

If there are no objections to the R & R, the Court will modify or set aside only those portions that are clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998). The Court has carefully reviewed the entire record and concludes that Magistrate Judge Edmonds' recommendations are not clearly erroneous or contrary to law. The Court agrees that the ALJ's decision is not supported by substantial evidence and that justice would be served by remanding Plaintiff's claim for an

immediate award of benefits.

Accordingly,

**IT IS ORDERED** that the **REPORT AND RECOMMENDATION** of the Magistrate Judge filed **September 21, 2005** [Doc. #24] is **ADOPTED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment [Doc. # 12] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's cross-motion for summary judgment [Doc. # 18] is **DENIED.**

**IT IS FURTHER ORDERED** that the instant action is **REMANDED TO THE COMMISSIONER** for an immediate award of benefits.

DATED this 1st day of December, 2005.

_____
John M. Roll
United States District Judge